UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF OHIO
EASTERN DIVISION

In Re:  Charles Richard Wheatley        :          Case #: 04-68596

                                        :          Chapter 13

                                        :          Judge Preston

**<u>NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS</u>**

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the

Registry Fund.

Dated: December 15, 2009                /s/ Frank M. Pees_____
                                        Frank M. Pees
                                        Chapter 13 Trustee


<u>Name and Address</u>                       <u>Amount</u>
PROFESSIONAL COLLECTORS                 $2.20
3901 CAMDEN AVE
PARKERSBURG WV 26101-6639